IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONNIE CHEROKEE BROWN,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**D. MOORE,**<br><br>　　　　　　　　　Defendant. | Case No. 2:20-cv-02387 WBS KJN P<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO OPT OUT OF EARLY SETTLEMENT CONFERENCE AND LIFTING THE STAY |

　　　　Plaintiff is a state prisoner, proceeding without counsel, in this civil rights action brought under 42 U.S.C. § 1983. On December 10, 2021, defendant filed a motion to opt out of the Court's alternative dispute resolution program.

　　　　Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. Defendant's motion to opt out (ECF No. 30) is granted;

　　　　2. The ADR settlement conference scheduled for January 4, 2022, before Magistrate Judge Allison Claire is vacated;

　　　　3. The November 10, 2021 writ of habeas corpus ad testificandum is vacated;

　　　　4. The stay of this action is lifted;

　　　　5. Defendant shall file a responsive pleading within thirty days from the date of this order; and

6. The Clerk of the Court is directed to serve a copy of this order on the Warden, California Health Care Facility, 7707 Austin Road, Stockton, CA 95215, and serve a copy of this order via fax on the Litigation Office at the California Health Care Facility at (209) 467-2676 or via email.

Dated: December 20, 2021

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/brow2387.opt.out.lft